CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE VA
FILED

NOV 04 2009

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| UNITED STATES OF AMERICA | CRIMINAL NO. 3:09-cr-00020 |
|---|---|
| v. | ORDER |
| DENZEL ANDRE STEPHENS,<br>*Defendant.* | JUDGE NORMAN K. MOON |

This matter is before the Court on the United States Magistrate Judge's Report and Recommendation on the Defendant's plea of guilty (docket no. 32). The Court referred this case to United States Magistrate Judge B. Waugh Crigler pursuant to 28 U.S.C. § 636(b)(3) to conduct a plea hearing. The hearing was conducted on August 17, 2009, and based on his findings at the hearing, the Magistrate Judge issued the instant Report and Recommendation on August 24, 2009 that the Court accept the Defendant's plea of guilty. There are no objections to the Report and Recommendation.

Accordingly, the Court ADOPTS the Magistrate Judge's Report and Recommendation without change, and ACCEPTS the Defendant's plea of guilty to Count One of the Indictment. The United States Probation Office has, in accordance with the Report and Recommendation, already prepared the presentence report.

It is so ORDERED.

The Clerk of the Court is directed to send a certified copy of this order to all counsel of record and to the U.S. Probation Office.

ENTERED: This 4th Day of November, 2009.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE